Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

District of

Division

25 - 0066

SECT. T MAG. 4

| | |
|---|---|
| Shanda Quintal<br>Plaintiff(s)<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br><br>Young Audiences Charter School<br>AND<br>Young Audience Charter School CEO Rickie Nutik<br>Defendant(s)<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____<br>(to be filled in by the Clerk's Office)<br><br>Jury Trial: (check one) ☒ Yes ☐ No |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name          Shanda Quintal
Street Address   6701 Stars and Stripes Blvd, 8-19 W
City and County  New Orleans, Orleans Parish
State and Zip Code Louisiana  70126
Telephone Number  504-756-0185
E-mail Address   Shandaquintalfiling@gmail.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

Name                               Young Audiences Charter School

Job or Title *(if known)*

Street Address                     1000 Burmaster Street

City and County                    Gretna, Jefferson Parish

State and Zip Code                 Louisiana    70053

Telephone Number                        504- 304- 6332

E-mail Address *(if known)*

Defendant No. 2

Name                               Rockie Natak

Job or Title *(if known)*  WORK   CEO Young Audiences Charter School

Street Address  Address  1000 Burmaster St.        home: 5508 St. Charles Avenue

City and County                    Gretna , Jefferson Parish  New Orleans, Orleans

State and Zip Code                 Louisiana 70053           Louisiana 70115

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Young Audiences Charter School / |
| Street Address | 1000 Burmaster St. |
| City and County | Gretna    Jefferson Parish |
| State and Zip Code | Louisiana  70053 |
| Telephone Number | 504-304-6332 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒    Other federal law *(specify the federal law)*:    See attached (Next page)

☒    Relevant state law *(specify, if known)*:    see attached (Next page)

☐    Relevant city or county law *(specify, if known)*:

Shanda Quintal vs. Young Audiences Charter School and CEO Rickie Nutik
#_____

## II. Basis or Jurisdiction

- Other Federal law
  - 42 U.S.C §1982 (known as Section 1981 of the Civil Rights Act of 1866)
  - Doctrine of Promissory Estoppel (also known as the Detrimental Reliance)
- Relevant State law
  - Louisiana Rev. Stat. §23:332 Intentional Discrimination in Employment
  - Louisiana Rev. Stat. § 23:9676 General Whistleblower Protection (retaliation)
  - Doctrine of Promissory Estoppel (also known as the Detrimental Reliance)

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

III.    **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☒ Other acts *(specify)*: Blackballed from schools AND Attorneys

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

① May 10, 2023; ② June 21, 2023; ③ June 26, 2023

C.    I believe that defendant(s) *(check one)*:

- ☒ is/are still committing these acts against me. (retaliation)
- ☐ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☒ race    African American/Black
- ☐ color    _____
- ☐ gender/sex    _____
- ☐ religion    _____
- ☐ national origin    _____
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

_____

E.    The facts of my case are as follows. Attach additional pages if needed.

See attached (Next page)

Page 4 of 6

Shanda Quintal vs. Young Audiences Charter School and CEO Rickie Nutik

#_____

**Section III. Statement of Claim**
      **E. The facts of my case are as follows:**

Throughout the school year, the CEO of Young Audiences Charter School Rickie Nutik avoided meeting with me to discuss the theater program, including the development of a theater curriculum and the types of plays the school would produce. Further, my professional qualifications and experience were discounted. I taught my students theater in storage room closets, the hallway, in the cafeteria while other classes were having lunch, on the football field while other classes played during recess, and in other teachers' classrooms when they were not having class.

The first incident occurred on May 10, 2023, about two weeks before the end of the school year, when I cornered Nutik in the hallway and told her I had chosen a play about the Middle Passage. She sarcastically said "Cute," and dismissed the idea. She then said she wanted to do "Our Town," a play written in 1901 about upper-middle class people that is set in New Hampshire and contained no people of color.

The school's demographic is approximately 75% Black, 15% Hispanic and 10% white and the entire student body is eligible for free lunch because of poverty. When I told her that "Our Town" wasn't culturally relevant to our students, she said "Oh yes, it is. And I don't want to sound racist, but not all of our students are Black." I was hurt, humiliated and insulted that she belittled and discounted the horrific and yet very important part of my African American history.

I sent an email requesting a meeting to discuss this conversation with Nutik and others in administration. I had hoped to discuss the racial discrimination I experienced in the conversation I had with Nutik as weaxll as provide some cultural sensitivity training. Unfortunately, no one would meet with me before the school year ended.

The second incident occurred when I attended the charter board meeting on June 21, 2023 with the cultural sensitivity training materials I had intended to discuss with the administrators during the school year. Nutik was in attendance. After I spoke for approximately 3 minutes, Nutik said "Shanda, you knew the roof was damaged when you took the job. Maybe you don't belong here." I had not said anything about the roof or the building. I was hurt, insulted and humiliated once again, so I gathered my documents and left.

The third incident happened on June 26, 2023 when I received a call from two school administrators telling me that they were rescinding the 2023 – 2024 school year contract that I had signed on May 18, 2023 prior to the contract even beginning. The start date was supposed to be July 24, 2023, so I was released from a contract that had not yet begun without cause.

Since then, the retaliation has continued as Nutik is very well connected in the city of New Orleans. I have not had one interview for a Theater Instructor position with any school in the area. Additionally, I am forced to represent myself in this matter because every attorney I have contacted has refused to represent me.

Shanda Quintal, April 4, 2025

*Shanda Quintal   4/4/25*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV.    **Exhaustion of Federal Administrative Remedies**

A.     It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

June 30, 2023 intake; Charge October 6, 2023

B.     The Equal Employment Opportunity Commission *(check one)*:

☐     has not issued a Notice of Right to Sue letter.

☒     issued a Notice of Right to Sue letter, which I received on *(date)* January 8, 2025

       *(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.     Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐     60 days or more have elapsed.

☐     less than 60 days have elapsed.

V.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See attached (Next page)

Page 5 of 6

# Quintal vs Young Audiences Charter School and CEO Rickie Nutik

## V. RELIEF

| | |
|---|---|
| Total Economic Damages | $1,571,671.18 |
| Non-Economic Damages | $435,500.00 |
| Punitive Damages | +$500,000.00 |
| **TOTAL DAMAGES** | **$2,007,171.18** |

---

## DAMAGES  CALCULATIONS:

### I. Economic Damages

Yearly Income Calculation

| | |
|---|---|
| Salary | $56,600.00 |
| Health Insurance | $6,000.00 |
| Bonus - PTO unused | $3,000.00 |
| Bonus - Production | $2,000.00 |
| Nine (9) PTO | $2,877.93 |
| After School Rehearsals | $4,320.00 |
| Performances | $1440.00 |
| Cost to secure new employment | +$2251.20 |
| Yearly Income Total | $78,489.13 |

---

| Past Wages | |
|---|---|
| July 2023 – June 2024 (yearly income) | $78,489.13 |
| July 2024 – March 2025 | +$58,866.84 |
| **Past Wages Total** | **$137,355.97** |

| **17 Years of Future Wages** | **$1,334,315.21** |
|---|---|

| **Future Medical Expenses** | **$100,000.00** |
|---|---|

| **Total Economic Damages** | |
|---|---|
| Past Wages | $137,355.97 |
| 17 Years of Future Wages | $1,334,315.21 |
| Future Medical Expenses | +$100,000.00 |
| Total Economic Damages | $1,571,671.18 |

### II. Non-Economic Damages

| | |
|---|---|
| Mental and Physical Health Impacts | $235,500.00 |

- Emotional distress
  - Anxiety and Depression
  - Mental Anguish
  - Housing Instability
  - Food Instability
  - Loss of Enjoyment of Life

(Non-Economic Damages cont.)
- Loss of Relationships
- Sobriety Loss
  - Pain and Suffering
    - Physical Impairment
    - Vistaril Dizziness
    - Persistent Post-Concussion Syndrome

Loss of Professional Reputation                    +$200,000.00
Total Non-Economic Damages              $435,500.00


**III. Punitive Damages (Under Section 1981)**        $500,000.00

_____

Total Economic Damages              $1,571,671.18
Non-Economic Damages                  $435,500.00
Punitive Damages                    +$500,000.00
TOTAL DAMAGES                       $2,007,171.18



## EXPLANATION OF DAMAGES

- **Mental and physical health impacts** (anxiety, depression, relapse, suicidal ideation, dizziness, concussion)
  - Vistaril, the medication I have been prescribed for anxiety, causes dizziness. Six months after I was terminated, I suffered a concussion (Traumatic Brain Injury) from dizziness and loss of balance.
  - I suffered a second TBI two months later as a result of lingering vision and balance issues from the first TBI.
  - I have been diagnosed with Persistent Post-Concussion Syndrome and am currently in two types of physical plus speech therapy to address the many continuing issues of which I am now afflicted.

- **Sobriety loss**
  - I had been sober for years when I started woking at Young Audiences Charter School and I maintained my sobriety during that year. However, I loss it in the after school let out for the summer and I had no one from the school to help me address racism I had experienced.  I attended the Charter Board meeting seeking help from board members. While I was speaking to the board members, Nutik humiliated me by dismissing me and saying "Maybe you don't belong here." Five days later I was terminated. My drinking became completely out of my control.
  - I have been prescribed medication to help me.

- **Housing instability**
  - Two months before I was terminated, I had begun the process of purchasing the home in which I and my youngest son lived. Once I was terminated, I no longer had the ability to buy a home.

(Explanation of Damages cont.)

- The owner of the house in which I lived did not understand I was unable to find work and that I was suffering from a Traumatic Brain Injury. Soon after my first concussion, I was served eviction papers.
- On many occasion of the past two years, I have had to sleep in my car.

- **Vehicle loss**
  - I have been unable to pay my car note since July 31, 2024 and the bank has marked it for repossession.
- **Professional harm**
  - I have been blackballed in education.
  - I have applied to numerous area schools that were actively seeking a Theater Instructor. With the exception of one school that set up an interview and then canceled it, no one has reached out to me.
  - Because of the TBI, I suffer memory loss which prohibits me from pursuing employment as a professional actor.
  - I have not been able to recover my earning capacity. I worked at a performing arts center FromApril 1, 2024 – July 31, 2024 where I received a monthly stipend of $1,750.00. I only worked four months because of the cognitive dysfunction resulting from the concussions.

- **Loss of dignity and public reputation**
  - My dignity, my sense of self-worth, has been compromised by my experiences at Young Audiences Charter School and by the disparaging racial comments made by the CEO Rickie Nutik.
  - Being relegated to environments unsuited to teach theater undermined my self-respect. I felt devalued as an artist and as an educator, but also as a person.
  - My sobriety relapse was also a result of feeling inadequate, coupled with depression and anxiety.
  - I have been humiliated in both the educators community as well as the theater community. That schools to not return any calls, texts or emails from me indicates that my reputation has been tarnished.
  - I have lost friends that I have known for 15+ years who work at Young Audiences Charter School because of this incident.
  - Because of the unfair treatment I experienced, both my sense of self-worth and my public reputation have been severely damaged.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/4/25

Signature of Plaintiff _Shanda Quintal_

Printed Name of Plaintiff _Shanda Quintal_

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____

**eFile-ProSe**

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Saturday, April 5, 2025 10:18 PM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | Quintal vs YACS and Nutik - Complaint for Employment Discrimination with Civil Cover Sheet.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Saturday, April 5, 2025 - 22:17.

The information for this submission is:

**Filer's Name:** Shanda Rene Quintal

**Filer's Email:** shandaquintalfiling@gmail.com

**Filer's Mailing Address:** 5731 Marigny Street

**Filer's Phone Number:** 5047560145

**Filer's Case Number (If Known):**

**Filer's Case Name (If Known):**

**Submitted Document Description:** Quintal vs YACS and Nutik - Complaint for Employment Discimination with Civil Cover Sheet

**eFile-ProSe**

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Saturday, April 5, 2025 10:21 PM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | Quintal vs YACS and Nutik - Application to Proceed in District Court without Pepaying Fees or Costs.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Saturday, April 5, 2025 - 22:21.

The information for this submission is:

**Filer's Name:** Shanda Rene Quintal

**Filer's Email:** shandaquintalfiling@gmail.com

**Filer's Mailing Address:** 5731 Marigny Street

**Filer's Phone Number:** 5047560145

**Filer's Case Number (If Known):**

**Filer's Case Name (If Known):**

**Submitted Document Description:** Quintal vs YACS and Nutik - Application to Proceed in District Court without Pepaying Fees or Costs

**eFile-ProSe**

---

| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
|---|---|
| **Sent:** | Saturday, April 5, 2025 10:23 PM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | Quintal vs YACS and Nutik - Summons for Young Audiences Charter School.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Saturday, April 5, 2025 - 22:23.

The information for this submission is:

**Filer's Name:** Shanda Rene Quintal

**Filer's Email:** shandaquintalfiling@gmail.com

**Filer's Mailing Address:** 5731 Marigny Street

**Filer's Phone Number:** 5047560145

**Filer's Case Number (If Known):**

**Filer's Case Name (If Known):**

**Submitted Document Description:** Quintal vs YACS and Nutik - Summons for Young Audiences Charter School

**eFile-ProSe**

---

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Saturday, April 5, 2025 10:25 PM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | Quintal vs YACS and Nutik - Summons for Rickie Nutik.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Saturday, April 5, 2025 - 22:24.

The information for this submission is:

**Filer's Name:** Shanda Rene Quintal

**Filer's Email:** shandaquintalfiling@gmail.com

**Filer's Mailing Address:** 5731 Marigny Street

**Filer's Phone Number:** 5047560145

**Filer's Case Number (If Known):**

**Filer's Case Name (If Known):**

**Submitted Document Description:** Quintal vs YACS and Nutik - Summons for Rickie Nutik

**eFile-ProSe**

---

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Saturday, April 5, 2025 10:26 PM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | Quintal vs YACS and Nutik - EEOC 461-2023-02503 Charge Of Discrimination.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Saturday, April 5, 2025 - 22:25.

The information for this submission is:

**Filer's Name:** Shanda Rene Quintal

**Filer's Email:** shandaquintalfiling@gmail.com

**Filer's Mailing Address:** 5731 Marigny Street

**Filer's Phone Number:** 5047560145

**Filer's Case Number (If Known):**

**Filer's Case Name (If Known):**

**Submitted Document Description:** Quintal vs YACS and Nutik - EEOC 461-2023-02503 Charge Of Discrimination

**eFile-ProSe**

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Saturday, April 5, 2025 10:27 PM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | Quintal vs YACS and Nutik - EEOC Right to Sue - 01.08.2025 Closure Notice - 461-2023-02503.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Saturday, April 5, 2025 - 22:27.

The information for this submission is:

**Filer's Name:** Shanda Rene Quintal

**Filer's Email:** shandaquintalfiling@gmail.com

**Filer's Mailing Address:** 5731 Marigny Street

**Filer's Phone Number:** 5047560145

**Filer's Case Number (If Known):**

**Filer's Case Name (If Known):**

**Submitted Document Description:** Quintal vs YACS and Nutik - EEOC Right to Sue - 01.08.2025 Closure Notice - 461-2023-02503